# JOHN BAL

85 KENMARE STREET - #35  
NEW YORK, NEW YORK 10012 - 4518

nycjohn123@msn.com

TELEPHONE  
(212) 966-7576

January 12, 2014

Judge Colleen McMahon  
c/o Pro Se Office  
United States Courthouse  
500 Pearl Street, Room 1640  
New York, NY 10007

        **Re: Request to submit an Amended Complaint**  
        **Bal v. Itex Corporation, et al. 13 CV 6794 (CM)**

Dear Judge McMahon:

    I am the plaintiff *pro se* in the above matter. Presently, I am in Chiang Mai, Thailand and expect to be here until April 16, 2014. During this period, my contact address (email) is: nycjohn123@msn.com. I will be in transit a portion of this time. A hospital that provides my medical testing is in Bangkok, 433 miles away, and Thai immigration law requires me to periodically leave and re-enter Thailand). I consent to service of court papers by electronic mail.

    In two separate pending motions, the defendants are seeking a more definite statement regarding the complaint against them. To avoid delay, I will participate in this lawsuit as much as I can while I am temporarily in Thailand. I respectfully ask the court to accept this letter.

    In response to the defendants' motions, *I respectfully request: 1) court consent to file an amended complaint within 60 days from the date of the court's order and 2) the defendants' motions for a more definitive statement be stayed until after their receipt of my amended complaint.*

    The amended complaint will more definitively state the causes of actions.

    *Under penalty of perjury, I affirm that I served this letter upon the attorneys for the defendants at 11:58 PM (EST) on January 12, 2014 by electronic mail.*

                                        Respectfully,

                                        John Bal  
                                        Agent

JB/  
c:    Joseph Maira, Esq. (by email)  
      Jeremy Goldman, Esq. (by email)



RECEIVED JAN 15 2014 PRO SE OFFICE

FIRST-CLASS MAIL
$00.46⁰
ZIP 10003
041L13810695

neopost
01/14/2014
US POSTAGE

RECEIVED
PRO SE OFFICE
2014 JAN 15 P 2: 54

USM-P3
SDNY

Pro Se Office
United States Courthouse
500 Pearl St
NY, NY 10007

Postal $.25
nyc 10007