McMahon, C.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BUSINESS WATCHDOG, MERGENT
SERVICES, and JOHN ANDRIES BAL, JR.,

                Plaintiffs,

-against-

ITEX CORPORATION, STEVEN WHITE,
personally and in the capacity of CEO, CFO, and
Chairman of the Board, ERIC BEST, personally
and in the capacity of Director, JOHN WADE,
personally and in the capacity of Director,
ROBERT BENSON, personally and in the
capacity of Vice President, NYTO TRADE
INCORPORATED, JOHN CASTORO aka
NYTO TRADE INCORPORTION aka NYTO
TRADING INCORPORATION aka NYTO
TRADE EXCHANGE and 44 TRADE
INCORPORATION, aka NYTO TRADE, INC.,
personally and in the capacity of President, and
IZZY GARCIA, personally and in the capacity of
Manager,

                Defendants.

------------------------------------------------------------X

Case No. 13 Civ. 6794 (CM)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Business Watchdog, Mergent Services and John Bal (collectively, "Plaintiffs"), on the one hand and, on the other hand, the undersigned counsel for Defendants Itex Corporation, Robert Benson, Steven White, John Wade and Eric Best (collectively, the "Itex Defendants") that the time for the Itex Defendants to answer, move or otherwise respond to the First Amended Complaint is extended to June 9, 2014.

      IT IS FURTHER STIPULATED AND AGREED, that a facsimile or pdf transmission of the signatures to this stipulation shall have the same force and effect as though executed in the original.

Dated: New York, New York
April 23, 2012

JOHN BAL

By: ___John Bal___ /s/
    John Bal
85 Kenmare Street #3S
New York, New York 10012
*Plaintiff, Pro Se and as Authorized Signatory
For Plaintiffs Business Watchdog and
Mergent Services*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: ___/s/___
    Edward H. Rosenthal
    Jeremy S. Goldman
488 Madison Avenue, 10th Floor
New York, New York 10022
*Attorneys for Defendants Itex Corporation
Robert Benson, Steven White, John Wade
and Eric Best*

SO ORDERED:

___/s/___
U.S.D.J.

4/23/2014

2