UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BUSINESS WATCHDOG, MERGENT                :   Case No.
SERVICES, and JOHN ANDRIES BAL, JR.,          13 Civ. 6794 (CM)
                                          :
                                              USDC SDNY
            Plaintiffs,                       DOCUMENT
                                          :   ELECTRONICALLY FILED
    -v-                                       DOC# _____
                                          :   DATE FILED: 6/30/2014
ITEX CORPORATION, STEVEN WHITE,               **STIPULATION**
personally and in the capacity of CEO, CFO, :
and Chairman of the Board, ERIC BEST,
personally and in the capacity of Director, :
JOHN WADE, personally and in the capacity
of Director, ROBERT BENSON, personally    :
and in the capacity of Vice President, NYTO
TRADE INCORPORATED, JOHN CASTORO :
aka NYTO TRADE INCORPORATION aka
NYTO TRADING CORPORATION aka NYTO :
TRADE EXCHANGE and 44 TRADE
CORPORATION, aka NYTO TRADE, INC.,        :
personally and in the capacity of President,
and IZZY GARCIA, personally and in the    :
capacity of Manager,
                                          :
            Defendants.
                                          :
------------------------------------------------------------x



RECEIVED
JUN 30 2014
PRO SE OFFICE

    IT IS HEREBY STIPULATED AND AGREED between plaintiffs Business Watchdog, Mergent Services, and John Andries Bal, Jr. (collectively, "plaintiffs"), defendants Itex Corporation, Steven White, Eric Best, John Wade, and Robert Benson (collectively, "Itex defendants"), and NYTO Trade Incorporated, John Castoro, and Izzy Garcia (collectively, "NYTO defendants") that the time for plaintiffs to oppose the Motions to Dismiss submitted by the Itex defendants and the NYTO defendants is extended to August 11, 2014 (please see attached).

    The NYTO defendants' Motion to Dismiss was not fully submitted until June 20, 2014.

IT IS FURTHER STIPULATED AND AGREED that the time for the Itex defendants and the NYTO defendants to reply to plaintiffs' opposition to the Motions to Dismiss is extended to September 11, 2014.

I respectfully ask the court to approve the above extensions of time.

Dated: New York, New York
June 26, 2014

By: _____
John Andries Bal, Jr. Agent
85 Kenmare Street #35
new York, New York 10012
nycjohn123@msn.com
(212) 966-7576
*Plaintiffs*


SO ORDERED:


_____
Hon. Colleen McMahon, U.S.D.J.

# JOHN BAL

85 KENMARE STREET - #35　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE
NEW YORK, NEW YORK 10012 - 4518　　MERGENTserv@msn.com　　　　(212) 966-7576

June 18, 2014

Hon. Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
JUN 18 2014
PRO SE OFFICE

Re: Request for extensions of time
Business Watchdog, et al. v. Itex Corporation, et al.
13 CV 6794 (CM)

Dear Hon. McMahon:

I am the plaintiff *pro se* in the above matter. Both of the defendants' attorneys have consented to an extension of time until August 11, 2014 for plaintiffs to respond to the defendants' Motions to Dismiss the complaint (please see attached emails).

Plaintiffs have consented to an extension of time until September 11, 2014 for all defendants to respond to plaintiff's opposition to the Motions to Dismiss the complaint.

I respectfully ask the court to approve the above extensions of time.

Respectfully,

[signature: John Bal]
Agent

JB/
Enclosures

c: Jeremy Goldman, Esq. (by electronic mail)
Soma Syed, Esq. (by electronic mail)



**John**

**From:**      "Goldman, Jeremy" <jgoldman@fkks.com>
**To:**        "'John'" <mergentserv@msn.com>; "Soma Syed" <soma.syedesq@gmail.com>
**Sent:**      Tuesday, June 17, 2014 1:57 PM
**Subject:**   RE: Second Request: Business Watchdog v. Itex, 13 Civ. 6794 (CM) (S.D.N.Y.)

I am okay with this provided you agree that all defendants may have until September 11 to reply. Please confirm.


**Jeremy Goldman** | Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue | New York, New York 10022
t: 212.705.4843 | f: 347.438.2156 | jgoldman@fkks.com

IP & Privacy Law Updates: www.twitter.com/ipprivacylawyer
Entertainment Law Blog: www.entertainmentlawmatters.com

---

**From:** John [mailto:mergentserv@msn.com]
**Sent:** Tuesday, June 17, 2014 10:26 AM
**To:** Soma Syed; Goldman, Jeremy
**Subject:** Second Request: Business Watchdog v. Itex, 13 Civ. 6794 (CM) (S.D.N.Y.)


Second Request


Re: Business Watchdog, et al. v. Itex Corporation, et al.

   13 Civ. 6794 (CM) (USDC SDNY)


Jeremy Goldman, Esq. and Soma Syed, Esq.:


   As I understand the procedures, I am required to seek a voluntary extension of time from you before making my request directly to the court. May I please have the courtesy of a response to my request for an extension of time until August 11, 2014 to repond to defendants' motions to dismiss the complaint?

                                                                                    John Bai

6/18/2014



**John** _____

**From:** "Soma Syed & Associates" <soma.syedesq@gmail.com>
**To:** "John" <mergentserv@msn.com>; "Joseph Maira Esq." <mogul12218@aol.com>
**Cc:** "Goldman, Jeremy" <jgoldman@fkks.com>
**Sent:** Wednesday, June 18, 2014 7:29 AM
**Subject:** Re: Second Request: Business Watchdog v. Itex, 13 Civ. 6794 (CM) (S.D.N.Y.)

Hi John,

We agree to extend your time to respond to NYTO Defendants motion to dismiss and give you till August 11, 2014 contingent upon that we get until September 11, 2014 for our reply to your opposition.

Thank you. Please advise.

Sincerely,
Soma

Soma Syed, Esq.
Soma Syed & Associates
Office: 347-951-9887
Fax: 347-923-3210

On Jun 17, 2014, at 10:25 AM, "John" <mergentserv@msn.com> wrote:


Second Request

Re: Business Watchdog, et al. v. Itex Corporation, et al.
   13 Civ. 6794 (CM) (USDC SDNY)

Jeremy Goldman, Esq. and Soma Syed, Esq.:

   As I understand the procedures, I am required to seek a voluntary extension of time from you before making my request directly to the court. May I please have the courtesy of a response to my request for an extension of time until August 11, 2014 to repond to defendants' motions to dismiss the complaint?

                                                                                    John Bal


----- Original Message -----
From: John
To: Soma Syed ; Goldman, Jeremy
Sent: Friday, June 13, 2014 11:16 AM
Subject: Bal v. Itex, 13 Civ. 6794 (CM) (S.D.N.Y.)


Re: Request for an extension of time

Jeremy Goldman, Esq. and Soma Syed, Esq.:

6/18/2014

Envelope:

From: John Bal, Apt. 35, 85 Kenmare St., New York, NY 10012

To: Pro Se Office
United States Courthouse
500 Pearl Street – 2nd Floor
New York, NY 10007

Postmarked NEW YORK NY, 27 JUN 2014

Received JUN 30 P 2:44 U.S.D.C. S.D.N.Y. PRO SE OFFICE

