# EXHIBIT 4

Government Records
ALABAMA SECRETARY OF STATE
JIM BENNETT

Home          Government Records          Business Entities          Search

## Business Entity Search By Name

| Entity ID | Entity Name | City | Type | Status |
|-----------|-------------|------|------|--------|
| 884 - 404 | Quaflex Corporation | NORCROSS, GA | Foreign Corporation | Previous Name |
| | | 1 | | |

*only listing found*          New Search

P.O. Box 5516                    Alabama Directory ¦ Media ¦ Online Services ¦ Alabama.gov          Phone: (334) 242-7200
Montgomery, AL 36103-5516        Statements/Policies ¦ Alerts ¦ Survey/Comments ¦ Feeds ¦ Contact Us    Fax: (334) 242-4993

*No record*

# Division of Corporations, Business and Professional Licensing

# Search Corporations Database

**ALASKA**

*No record*

**Entity Number**

☐ Current Only

**Entity Name**   Itex Corporation

○ Starts With    ⦿ Contains

[Search]    [Reset]

Showing results 1 to 12 of 12

| Entity Type | Entity # | Entity Name | Entity Name Type | Status |
|---|---|---|---|---|
| Limited Liability Company | 80084D | BODYFIT EXPRESS, LLC | Legal Name | Involuntarily Dissolved |
| Limited Liability Company | 99047 | CIRI TEXAS, LLC | Legal Name | Good Standing |
| Business Name Registration | 85411 | IT EXPO | Legal Name | Canceled Name |
| Business Name Registration | 103506 | IT EXPO | Legal Name | Expired Name |
| Business Name Registration | 103482 | IT Expo Alaska | Legal Name | Expired Name |
| Business Corporation | 63533D | JANITEX SERVICES, INC. | Legal Name | Involuntarily Dissolved |
| Limited Liability Company | 103989 | No Limit Exteriors, LLC | Legal Name | Good Standing |
| Business Corporation | 62812F | Novitex Enterprise Solutions, Inc. | Legal Name | Good Standing |
| Business Corporation | 97320 | Scitex Vision America, Inc. | Legal Name | Merged |
| Business Corporation | 10017226 | SUMMIT EXCAVATION, INC. | Legal Name | Good Standing |
| Business Name Registration | 25300 | WOLF SPIRIT EXPEDITIONS | Legal Name | Expired Name |
| Limited Liability Company | 57626D | ZENITEX LLC | Legal Name | Involuntarily Dissolved |

1

**Secretary of State**
**KEN BENNETT**

**Arizona Department of State**
**Office of the Secretary of State**

### Registered Name
**Information Search**
Generated by TnT Names Search Version 3.11

**Instructions**

# WORDS: ITEX CORPORATION
# SEARCH_TYPE: PW

## Click on ID number to see the full detail.

| ID | Type | Name |
|----|------|------|
|    |      |      |

No matches found.

©Copyright 2000 by Arizona Secretary of State - ALL RIGHTS RESERVED

Please email your comments or questions regarding this system to trades@azsos.gov. We appreciate any feedback.

Disclaimer



ARKANSAS
SECRETARY OF STATE
*Mark Martin*

## *Search Incorporations, Cooperatives, Banks and Insurance Companies*

All fields are not required. However, entering more data will provide a more specific list of results.

| | |
|---|---|
| **Corporation Type** | All Types ▼ |
| **Enter Either Name**<br>Suggestion: If you are searching for<br>ABC Supplies, Inc., enter ABC Supplies. | Itex Corporation |
| **OR Fictitious Name** | |
| Registered Agent (RA) | |
| RA City | |
| RA State | Any State ▼ |
| Filing # | |

[ Search ]

Business Search - Business Entities - Business Programs

*common good* *privacy* All people *Liberty* Speak *without discrimination* *Conscience*

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

**Online Services**
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

**Resources**
- Business Resources
- Tax Information
- Starting A Business

**Customer Alerts**
- Business Identity Theft
- Misleading Business Solicitations

## Business Search - Results

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, March 4, 2014. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Results of search for " ITEX CORPORATION " returned 9 entity records.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C0927207 | 08/07/1979 | SUSPENDED | **ITEX** | |
| C1064516 | 01/21/1982 | DISSOLVED | **ITEX ASSOCIATES, INC.** | JACK E DAITZ |
| C0955409 | 03/28/1980 | DISSOLVED | **ITEX CONSULTING, INC.** | |
| C2059944 | 11/03/1997 | ACTIVE | **ITEX CORPORATION** | C T CORPORATION SYSTEM |
| C1682941 | 03/08/1991 | FORFEITED | **ITEX ENTERPRISES, INC.** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| C1374768 | 05/19/1986 | SUSPENDED | **ITEX INTERNATIONAL** | JOHN A. ENGLE |
| C1211902 | 09/26/1983 | SUSPENDED | **ITEX L.A. NORTH, INC.** | GEORGE A MANUS |
| C0787620 | 10/26/1976 | DISSOLVED | **ITEX PRODUCTS CORPORATION** | KEITH BEVERLY |
| C2002574 | 02/10/1997 | FORFEITED | **ITEX, INC. WHICH WILL BE DOING BUSINESS IN CALIFORNIA AS NC ITEX, INC.** | MICHAEL D BUCHANAN |

**Modify Search**   **New Search**

**Privacy Statement** | **Free Document Readers**

Copyright © 2014   California Secretary of State

COLORADO REVOKED

Colorado Secretary of State - Summary

Colorado
Secretary of State
Scott Gessler

About Scott Gessler

Search

**For this Record...**
Filing history and
documents
File a form
Subscribe to email
notification
Unsubscribe from email
notification

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | IIEX CORPORATION, Colorado Authority Terminated September 1, 1999 | | |
| Status | Revoked | Formation date | 03/27/1997 |
| ID number | 19971048229 | Form | Foreign Corporation |
| Periodic report month | March | Jurisdiction | Nevada |
| | | Term of duration | Perpetual |
| Principal office street address | 10300 SW GREENBURG RD STE 370, PORTLAND , OR 97223, United States | | |
| Principal office mailing address | n/a | | |

Filing history and documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back



C.O.N.C.O.R.D

DENISE W. MERRILL
CONNECTICUT SECRETARY OF THE STATE

*CONNECTICUT FOREIGN NO REGRD*
*DOMESTIC ACTIVE*

## Business Inquiry

⌂ HOME    ◉ HELP

### Business Details

**Business Name:** ITEX CORPORATION

**Business ID:** 0091802

**Business Address:** 44 STRAWBERRY HILL AVE., SUITE C320, STAMFORD, CT, 06902

**Mailing Address:** 44 STRAWBERRY HILL AVE., SUITE C320, STAMFORD, CT, 06902

**Date Inc/Registration:** Apr 30, 1979

**Citizenship/State Inc:** Domestic/CT

**Last Report Filed Year:** 2013

**Business Type:** Stock

**Business Status:** Active

### Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| MIGUEL COLLADO PRESIDENT | 44 STRAWBERRY HILL AVE., SUITE C320, STAMFORD, CT, 06902 | 44 STRAWBERY HILL AVENUE, STAMFORD, CT, 06902 |

### Agent Summary

**Agent Name** JOSEPH J. RUCCI, JR. ESQ

**Agent Business Address** RUCCI & REARDEN ESQS, 1003 POST RD, DARIEN, CT, 06820

**Agent Residence Address** 1118 OENOKE RIDGE, NEW CANAAN, CT, 06840



Delaware.gov | Text Only        Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Privacy Policy    Frequently Asked Questions    View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2958473 | Incorporation Date / Formation Date: | 10/23/1998 (mm/dd/yyyy) |
| Entity Name: | ITEX CORPORATION | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | BUSINESS FILINGS INTERNATIONAL, INC.(USE #9325335) | | |
| Address: | 108 WEST 13TH STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)777-0210 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

*FLORIDA REVOKED 10/1/04*



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

## Detail by Entity Name

**Foreign Profit Corporation**

THE REAL ITEX CORPORATION

**Cross Reference Name**

ITEX CORPORATION

**Filing Information**

| | |
|---|---|
| **Document Number** | F98000004459 |
| **FEI/EIN Number** | 930922994 |
| **Date Filed** | 08/06/1998 |
| **State** | NV |
| **Status** | INACTIVE |
| **Last Event** | REVOKED FOR ANNUAL REPORT |
| **Event Date Filed** | 10/01/2004 |
| **Event Effective Date** | NONE |

**Principal Address**

3400 COTTAGE WAY
SACRAMENTO, CA 95825

Changed: 03/26/2001

**Mailing Address**

3400 COTTAGE WAY
SACRAMENTO, CA 95825

Changed: 03/26/2001

**Registered Agent Name & Address**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**Officer/Director Detail**

**Name & Address**

Title PCEO

HUMER, LEWIS
3400 COTTAGE WAY
SACRAMENTO, CA 95825

Title D

Corporations System Search Results

GEORGIA REVOKED
1|10|84

# Georgia Secretary of State
## Brian P. Kemp

Corporations • Elections • News Room • Professional Licensure • Securities

Search
▶ By Business Name
▶ By Control No
▶ By Officer
▶ By Registered Agent

Search Type: Starting With          Search Criteria: Itex Corporation

Search Date: 3/6/2014                Search Time: 00:59

Click on the Business Entity Name or Control No to view more information.

Records Found:4

| Business Entity Name | Control No | Type | Status | Entity Creation Date |
|---|---|---|---|---|
| IT EXPERTS, INC. | 0420436 | Profit Corporation | Admin. Dissolved | 3/29/2004 |
| ITEX CORPORATION | J400097 | Profit Corporation | Automated Administrative dissolution/Revocation | 1/10/1984 |
| ITEX SYSTEMS SOUTHEAST, INC. | K016269 | Profit Corporation | Automated Administrative dissolution/Revocation | 8/29/1990 |
| ITEXT, LLC | 10051231 | Limited Liability Company | Diss./Cancel/Terminat | 7/20/2010 |

Records Returned 1 of 4 total 4

3/26/2014

BREG Online Services - powered by eHawaii.gov

HAWAII    NO RECORD

You are here: BREG Online Services

| Begins with ▼ | Itex Corporation | Search | 🛒 Cart

Home - BREG

**BREG Online Services**

Annual Business Filing

*Search for a Business Entity*

Purchase Documents Online
NEW

Purchase Certificate of Good
Standing

Authenticate a Certificate of
Good Standing

Register a Business

Entity List Builder

Contact BREG

Technical Support

*Feedback*

Create an Account

OFFLINE

## Search for Business Entity & Documents

Search for a business by name. You can obtain business information and then proceed to purchase a certificate of good standing or other documents.

🔍 There are no businesses for this search term.

| Begins With ▼ | Itex Corporation

**You may also authenticate a certified document or Certificate of Good Standing (COGS).**

🌐 Please note: The results of this search should not be used as a definitive method to determine name availability. The purpose of this search is *simply to determine whether a company/entity exists and to provide basic information on the* company/entity. Contact the Department of Commerce and Consumer Affairs - Business Registration Division at (808) 586-2727 for assistance with business registrations. If you are registering a business entity name, **NEVER** assume the name is available until you have received a response from the Business Registration Division. You may also read the Business Naming Rules.

Copyright © 2008 State of Hawaii. All rights reserved.

View in: Mobile | Classic

http://hbe.ehawaii.gov/documents/search.html?recordType=ALL&entityType=ALL&status=ALL&beginsWith=true&query=Itex+Corporation

1/1

IDSOS Search for Business Entities          IDAHO   NO RECORD



**Welcome to the Business Entity search.**

[ Search ]

Read our tips for suggestions on successful searches.

No Business Entities Found

**Business Entity Name:** Itex Corporation

**Business Entity City:**

**Organizational ID / Filing Number:**

**Registered Agent Name:**

**Registered Agent City:**

**Date of Origination / Authorization:** (month / day / 4-digit year)

Start:        /        /          End:        /        /

[ Search ]

**File Types in Index:**

C CORPORATION

D ASSUMED BUSINESS NAME

G NAME REGISTRATION

J LIMITED LIABILITY PARTNERSHIP (LLP)

K PARTNERSHIP AUTHORITY (GP)

L LIMITED PARTNERSHIP

R NAME RESERVATION

U UNINCORPORATED NON PROFIT ASSOCIATION

W LIMITED LIABILITY COMPANY

[ UCC/Lien Search ] [ Log out ]

Idaho Secretary of State's Main Page          State of Idaho Home Page

Comments, questions or suggestions can be emailed to: sosinfo@sos.idaho.gov

CORP/LLC - File Detail Report

*ILLINOIS INVOLUNTARY DISSOLUTION 2/1/88*



WWW.CYBERDRIVEILLINOIS.COM

JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | ITEX, CORPORATION | **File Number** | 53215815 |
| **Status** | DISSOLVED | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 09/22/1983 | **State** | ILLINOIS |
| **Agent Name** | CHARLES J SCHNEIDER | **Agent Change Date** | 12/05/1984 |
| **Agent Street Address** | 180 N LA SALLE ST STE 2507 | **President Name & Address** | DOUGLAS R SWITZER 741 ILLINOIS GENEVA 60134 |
| **Agent City** | CHICAGO | **Secretary Name & Address** | INVOLUNTARY DISSOLUTION 02 01 88 |
| **Agent Zip** | 60601 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 1987 |

Return to the Search Screen

Secretary of State - Business Services Division

*INDIANA*
*NO RECORD*

- There were no Entity Names found for your search criteria: ITEX CORPORATION

## Business Services Online

- Search for Indiana Business Information
- *Print Official Certificates of Existence*
- Place Orders for Other Certificates
- Download Business Entity Documents
- File a Supplemental Filing

Enter Business Name to Start:

Itex Corporation

◉ Full word search
○ Partial word search

Client ID (Optional)

SUBMIT

## Instructions:

- NOTE: Use of words such as "The," "Inc," or "&" will increase the search time required. Use of common words like "Indiana," "Association," and "Midwest" will increase search time as well.

- When you enter a Business Name and click on the search button, you will receive entity names that match your search criteria along with name type, entity type and the city/state. Select an entity from the resulting list to view additional information, including entity full address, control number, status, entity creation date, entity expiration date (if applicable), entity inactive date (if applicable) and any other names for the entity. The third screen will contain more detail information, including registered agent, principals, transactions made with the Secretary of State's office, and corporate report information.

- You will have the option to print an official Certificate of Existence for any entity that is active and current under the law. There is a total fee of $20.00 for IN.gov subscribers and a fee of $21.42 for credit card users.

**Business Entity Name Search Tips**

Business Entities Results

3/26/2014



# IOWA SECRETARY OF STATE

IOWA No RECORD

## *Matt Schultz*

Home » Search Databases » Business Entities » Results

print

# Business Entities Results

*Results 1 - 4 of 4*

Searched: **Itex Corporation**

| Business No. | Name | Status | Type |
|---|---|---|---|
| 139502 | I-TEX ASSOCIATES LIMITED PARTNERSHIP | Inactive | Legal |
| 149933 | ITEX ENTERPRISES, INC. | Inactive | Legal |
| 272737 | ITEX IOWA | Inactive | Fictitious name |
| 377431 | ITEX PUBLISHING LLC | Inactive | Legal |

Screen Help

**STAY CONNECTED**

   

1-888-SOS-VOTE



MILITARY VOTERS



Help!

HOW CAN THE SECRETARY HELP YOU?



NEWS ROOM

  

CONSTITUENT SERVICES

**FEATURED RESOURCES**

QUICK LINKS   ONLINE SERVICES   SEARCH

Am I Registered to Vote in Iowa?
Track Your Absentee Ballot
Request an Absentee Ballot
IASourceLink
Business Entity Forms & Fees
Business Entities Search
UCC Search

**JOIN OUR MAILING LIST**

Email Address

Home | State of Iowa | Sitemap | Disclaimer | Contact Us

Secretary of State

# Kansas Business Center
### Simple Steps for Success

Thinking | Starting | Maintaining | Closing

# Business Entity Search

## Search Results

Searched: Itex Corporation

The name or number you searched for was not found in the business entity database. This means that either the name or number you searched for does not exist in the database, or it was mistyped.

- Please review Helpful Hints ☞ for searching suggestions, or
- Search Again

- © 2014 Kansas.gov
- Portal Policies
- Help Center
- Contact Us
- About Us
- Site Map

Welcome to Fastrack Organization Search

KENTUCKY NO RECORD

# astTrack Business Organization Search

## Enter name (minimum of 4 characters required) or organization number below

Itex Corporation

Please note: Searches may be performed by keying the entire business name or a portion of the business name.

Continue |

## Search Results (5 matches)

| Company Name | Organization Number | Status | Type |
| --- | --- | --- | --- |
| ITEX in Kentuckiana LLC | 0730894 | I-Inactive | KLC-Kentucky Limited Liability Company |
| ITEX INDUSTRIES, INC. | 0217555 | I-Inactive | FCO-Foreign Corporation |
| ITEX INDUSTRIES, INC. | 0273561 | I-Inactive | FCO-Foreign Corporation |
| ITEX LLC | 0529916 | I-Inactive | KLC-Kentucky Limited Liability Company |
| ITEXTMYTOWN.COM, INC. | 0780715 | I-Inactive | FCO-Foreign Corporation |

3/26/2014

Search for Louisiana Business Filings

LOUISIANA
NO RECORD

SEARCH

ELECTIONS &
VOTING

BUSINESS
SERVICES

NOTARY &
CERTIFICATION

HISTORICAL
RESOURCES

OUR
OFFICE

Print

Home > Business Services > Search for Louisiana Business Filings

BUSINESS SERVICES

**Start a Business**

Order Documents & Certificates

Retrieve an Order

Validate a Certificate

View Filing Newsletters

**File Business Documents**

**Service of Process**

Uniform Commercial Code

**Contact Us**

# SEARCH FOR LOUISIANA BUSINESS FILINGS

Search Disclaimer   Search Instructions

Search By Entity Name

**Name:**   ITEX CORPORATION

**Search Hints**

- Use the full name to limit results or
- Use as many words as possible that are in the name

Search

**Number:**

Search

**First Name:**                                    **Last Name:**

**Search Hints**

- Use the full first and last name to limit results
- Use the last name and at least first initial to limit results

Search

View Shopping Cart

3/26/2014                              Search Corporate Names                    MAINE NO RECORD



# MAINE
### Department of the Secretary of State
Bureau of Corporations, Elections and Commissions

**Corporate Name Search**

Search Results

Search tips and key to abbreviations

**Found 0 entities for query: Itex Corporation in category ALL CATEGORIES**

| Entity | Name Type |
|--------|-----------|

New search

**Keyword from name to be searched:** Itex Corporation

**Charter number:**

[ Click Here to Search ]

If you encounter technical difficulties while using these services, please contact the Webmaster. If you are unable to find the information you need through the resources provided on this web site, please contact the Bureau's Reporting and Information Section at 207-624-7752 or e-mail or visit our Feedback page.

© Department of the Secretary of State

 

This advertisement does not constitute or imply an endorsement, recommendation or favoring by the Department of Assessments and Taxation or the State of Maryland.

Click here for full disclaimer statement

**Maryland Department of Assessments and Taxation**
**Business Services**
**(vwl)**

Charter Search Results for: ITEX CORPORATION
Page 1 of 1

| (Dept. ID) | Entity Name | Entity Detail | | | Status |
|---|---|---|---|---|---|
| (D13805536) | IT EXPERTS ONDEMAND INC. | General Info. | Amendments | Personal Property | FORFEITED |
| (W12482766) | IT EXPONENTS LLC | General Info. | Amendments | Personal Property | ACTIVE |
| (T00226120) | IT EXPRESS | General Info. | Amendments | | FORFEITED |
| (L10694255) | IT EXPRESS | | | Personal Property | INACTIVE |
| (F13831458) | IT EXPRESS, INC. | General Info. | Amendments | Personal Property | FORFEITED |

Mass. Corporations, external master page



# William Francis Galvin
## Secretary of the Commonwealth of Massachusetts



HOME      DIRECTIONS      CONTACT US          Search sec.state.ma.us          [ Search ]

Citizen Information Service

Commonwealth Museum

Corporations

Filing Methods

Filing by Subject

  Corporations

  Limited Liability
  Company and
  Partnership

  About Voluntary
  Association and Certain
  Trusts

  Trademarks and Service
  Marks

  UCC

  Tax Disclosure Report
  Forms

  Registration of Vehicle
  Protection Product
  Warrantor Registration
  Information

  Benefit Corporations
  (PDF)

Search

General Information

Certificates and Certified
Copies

Services Offered

Elections and Voting

Lobbyist

Archives

Massachusetts Historical
Commission

Public Records

Publications and
Regulations / Bookstore

Registry of Deeds

Securities

State House Tours

Records Center

Regional Offices

Address Confidentiality

# Corporations Division
## Search for a business entity

Legal Information, Disclaimers, Policies

Search assistance. . .

◉ **Search by entity name** (Company, LP, LLP, LLC, etc.)

Enter name:  [ Itex Corporation ]      Search type:  [ Begins with ▼ ]

○ **Search by an individual name** (Officer, Director, etc..)      Search type:  [ Begins with ▼ ]

First: [          ]      Middle: [          ]      Last: [                    ]

○ **Search by Identification Number**      [                    ]      Must be 9 digits

○ **Search by Filing Number**      [                    ]

Display number of items to view:   [ 25 items ▼ ]  per page

* No records found; try a new search using different criteria

[ Search Corporations ]      [ Clear search fields ]


# Department of Licensing and Regulatory Affairs

MICHIGAN.GOV
Michigan's
Official
Web Site

Michigan.gov Home | Business Entity Search Home | Corps Home | Contact Corporations | LARA Home

## CORPORATE ENTITY DETAILS

**Searched for:** ITEX CORPORATION

**ID Num:** 498423

**Entity Name:** ITEX CORPORATION

**Type of Entity:** Domestic Profit Corporation

**Resident Agent:** OUSSAMA SIBLANI

**Registered Office Address:** 13744 MICHIGAN AVE. DEARBORN  MI 48126

**Mailing Address:**

**Formed Under Act Number(s):** 284-1972

**Incorporation/Qualification Date:** 9-2-1988

**Jurisdiction of Origin:** MICHIGAN

**Number of Shares:** 50,000

**Year of Most Recent Annual Report:** 89

**Year of Most Recent Annual Report With Officers & Directors:**

**Status:** AUTOMATIC DISSOLUTION  **Date:** 5-15-1992

View Document Images

Return to Search Results        New Search

Michigan.gov Home | Business Entity Search Home | Contact Corporations | Corps Home | LARA Home
State Web Sites | Accessibility Policy | Link Policy | Security Policy

Copyright © 2001- 2014 State of Michigan

MINNESOTA    NO RECORD

Home (/)        Search (/Business/Search)        Filings (/Business/Filings)

## Search » Business Filings

| No results match the criteria entered. |
| --- |

## Business Record Search »

How is search information displayed?

| By Business Name | By File Number |
| --- | --- |

| Itex Corporation | Search |
| --- | --- |
| Advanced Options | |

**Note:** The search function defaults to finding active business listings only. This search does not include names in other states or prior business names.

Advanced Options will allow you to find inactive businesses or help you change the scope of your search. .

Click on "Details" to proceed.

---

**Office of the MN Secretary of State Home Page**
(http://www.sos.state.mn.us)

**System Requirements**

The MBLS application works with the *following web browsers:*

- Microsoft Internet Explorer (version 7+)
- Mozilla Firefox (version 3.5+)
- Apple Safari (version 3+)
- Google Chrome

**Additional MBLS Information**

Terms & Conditions
(http://www.sos.state.mn.us/index.page=1667)

Contact Us
(http://www.sos.state.mn.us/index.page=42)

Frequently Asked Questions (FAQ)
(http://www.sos.state.mn.us/index.page=12)

Copyright 2011 | Secretary of State of Minnesota | All rights reserved

3/26/2014                          Secretary of State :: Delbert Hosemann      PROSS SSUE   NO RECORD



## Search Results for the Secretary of State Website

**Back to Previous Page**

Results 1-0 of about 0 for Itex Corporation

*No results found containing all of the search terms*

Search [ GO ]

Home
About Us
Jackson Offices
North Mississippi Offices
MS Gulf Coast Office
Mississippi Blue Book
Employment Opportunities
Recommended Links
Request For Speaker
Site Map
Contact Us

© 2014. All rights reserved.

Missouri Secretary of State

# JASON KANDER

MISSOURI
SECRETARY
OF STATE

Business Services | Elections & Voting | Investor Protection & Securities | State Library | Records & Archives | Administrative Rules | Publications & Forms

Search Type: Starting With
Search Date: 3/5/2014

Search Criteria: Itex Corporation
Search Time: 23:25

Click on the Business Entity Name or Charter Number to view more information.

| Business Entity Name | Charter Number | Type | Status | Entity Creation Date |
|---|---|---|---|---|
| IT Express Inc | 00685617 | General Business | Good Standing | 9/16/2005 |
| ITEX BROKERS ASSOCIATION | N00758257 | Non-Profit Corporation | Admin Dissolved Nonprofit | 8/16/2006 |
| ITEX CORPORATION | F00418560 | General Business | Dissolved | 11/13/1995 |
| ITEX IN SOUTHWEST MISSOURI | X00359778 | Fictitious Registration | Fictitious Expired | 8/17/1999 |
| ITEX INDUSTRIES, INC. | F00350439 | General Business | Dissolved | 3/1/1991 |
| ITEX OF SOUTHWEST MISSOURI | X00312096 | Fictitious Registration | Fictitious Expired | 10/23/1996 |
| ITEX OF ST. LOUIS, INC. | X00235690 | Fictitious Registration | Fictitious Expired | 1/13/1992 |
| ITEX ST. LOUIS | X00403374 | Fictitious Registration | Fictitious Expired | 2/1/2002 |
| ITEX ST. LOUIS, INC. | 00505185 | General Business | Dissolved | 2/1/2002 |
| ITEXVOTERS LLC | LC1181936 | Limited Liability Company | Active | 12/28/2011 |

Records Returned 1 to 10

sos.mo.gov
Internet Privacy Policy
Bid Opportunities
Missouri State Government
Employment
Directions
Site Map
Employee Access



Contact Us:
600 West Main Street
Jefferson City, MO 65101
Main Office: (573) 751-4936
Info@sos.mo.gov
Branch Offices

Case 1:13-cv-06794-CM   Document 71-2   Filed 09/09/14   Page 27 of 54   REGISTERED

MONTANA SECRETARY OF STATE LINDA McCULLOCH

# Business Entity Search

⊕ Instructions   ⊕ Search Tips   ⊕ Feedback

◇

**Notice:**

"Itex Corporation" is not registered with the Secretary of State. Please check spelling or try another search.

▶ **Data Current as of...**

🔎 **Search Again**

[ Search ]

*Search Tips*

Nebraska Secretary of State - John A. Gale

NEBRASKA
NO RECORD

# Nebraska Secretary of State

## - John A. Gale

# Business Services

Home > Corporation and Business Entity Searches

## Corporate Searches

In the box below titled "Search for Corporation/Entity," select the type of search you would like to use. After you have selected the type of search, more fields will appear so you can continue your search. For more information about the search functions, check the information page.

**You must enter the two words in the CAPTCHA field to perform your search.**

If you are a subscriber to Nebraska.gov services you do not need to go through the CAPTCHA, please login with your Nebraska.gov username and password.

---

**Search for Corporation / Entity:**

○ Name Starts With
○ Name Keyword Search
○ Name Sounds Like
◉ Name Exact Match
○ Account Number

[ In Good Standing or Active        ▼ ]

Itex Corporation

Enter Search Criteria

[ Perform Search ]   [ Reset Form ]

---

For help/information about corporation images, please view frequently asked questions.

**Corporate searches** are provided online to obtain information on the status of corporations and other business entities registered in this state.

To check **name availability,** you must submit a written request to the Secretary of State's Office at P.O. Box 94608, Lincoln, NE 68509-4608. Or you can fax a written request to (402) 471-3666.

**If you cannot find the entity you are looking for, contact the Business Division at (402) 471-4079. For technical difficulties/assistance please call Nebraska.gov: 1-800-747-8177**

Nebraska Secretary of State - John A. Gale

# Nebraska Secretary of State

## – John A. Gale

# Business Services

Home » Corporation and Business Entity Searches

Search tips

Wed Mar  5 23:14:00 2014

*Use the New Search button to try your search again, or perform another.*
*It is not recommended to use the browser's back button to return to the search screen.*

## Results

Your search has returned 0 results.

| NEW SEARCH |

| Entity Name | Secretary of State Account Number | Type | Account Status |
|---|---|---|---|

Back to Top

For Help/Information about Corporation Images, please view the FAQ. Thank you!

If you cannot find the entity you are looking for, contact the Business Division at (402) 471-4079.
For technical difficulties/assistance please call Nebraska.gov: 1-800-747-8177

SilverFlume Nevada's Business Portal to start/manage your business

# Nevada Business Search

*NEVADA ACTIVE DOMESTIC*

\* Includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses

Search by:                                          ▼  | Itex Corporation

☐ Include Phonetic Matches:

Sort By:                                             ▼  ◉ Descending ○ Ascending **order**

Search Tips

[Search]

**Search Results** 1 - 50 of 120 search results

Click Manage this Business to file online via SilverFlume. Disclaimer

| Entity Name | NV Business ID | Status | Type | Active |
|---|---|---|---|---|
| ITEX CORPORATION | NV19851016346 | Active | **Domestic Corporation** | Ma |

*NEW HAMPSHIRE NO RECORD*



## Corporation Division

Search
By Business Name
By Business ID
By Registered Agent
    Annual Report
File Online
    Guidelines
Name Availability
Name Appeal Process

**Receive your Annual Report Notice by email!**

You asked and we delivered! To receive your Annual Report Reminder Notice by email, cl here to complete the online request form.

**Who needs to file?** If your entity is registered as a Corporation, Limited Liability Company, Professional Corporation, Professional LLC, Limited Liability Partnership, New Hampshire Investment Trust, Consumer Cooperative, Cooperative Marketing and Rural Electrification Association, you need to file annually.

Note: You will need your Business Identification Number to enroll. If you do not have it handy, you may easily look it up by using our Business name Lookup tool.

Search Type: Starting With
Search Date: 3/26/2014

Search Criteria: Itex Corporation
Search Time: 05:56

Click on the Entity Name or Business ID to view more information.

| Entity Name | Business ID | Type | Entity Status | Entity Creati Date |
|---|---|---|---|---|
| I.T. Excel LLC | 615867 | Limited Liability Company | Good Standing | 6/26/2( |
| I.T. Excel LLC | 615867 | Limited Liability Company | Good Standing | 6/26/2( |
| It Executive Sales, L.L.C. | 535015 | Limited Liability Company | Dissolved | 4/13/2( |
| IT Expeditors | 541361 | Trade Name | Inactive | 7/27/2( |
| ITEX SALEM - PORTSMOUTH | 262680 | Trade Name | Dissolved | |
| The I.T. Experience | 647179 | Trade Name | Active | 4/5/20 |

Records Returned 1 to 6

**Important Note: The status reflected for each entity on this website only refers to the status of the entity's filing requirements with this office. It does not necessari reflect the disciplinary status of the entity with any state agency. Requests for disciplinary information should be directed to agencies with licensing or other regulatory authority over the entity.**

3/26/2014 4:57 PM

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0100994967

*New Jersey*
*Revoked*
*Filed 8/18/08*
*Revoked 3/16/2011*
*Foreign*

Status Report For:      ITEX CORPORATION
Report Date:            3/5/2014
Confirmation Number:    4064420261


## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

        Business ID Number:     0100994967
        Business Type:          FOREIGN PROFIT CORPORATION
        Status:                 REVOKED FOR NOT FILING ANNUAL REPORT FOR 2
                                CONSECUTIVE YEARS
        Original Filing Date:   08/18/2008
        Stock Amount:           N/A
        Home Jurisdiction:      NV
        *Status Change Date:*   *NOT APPLICABLE*


## REVOCATION/SUSPENSION INFORMATION

        DOR Suspension Start    03-16-2011
        Date:
        DOR Suspension End      N/A
        Date:
        Tax Suspension Start    N/A
        Date:
        Tax Suspension End      N/A
        Date:


## ANNUAL REPORT INFORMATION

        Annual Report Month:    AUGUST
        Last Annual Report      N/A
        Filed:
        Year:                   N/A


## AGENT/SERVICE OF PROCESS (SOP) INFORMATION

        Agent:                  THE CORPORATION TRUST COMPANY
        Agent/SOP Address:      820 BEAR TAVERN ROAD ,WEST TRENTON,NJ,08628
        Address Status:         DELIVERABLE
        Main Business Address:  N/A
        Principal Business      N/A
        Address:


## ASSOCIATED NAMES

        Associated Name:        N/A
        Type:                   N/A

New Mexico Corporations e-file       NEW MEXICO NO RECORD

# Office of the Secretary of State
## Business Services Division

Login

| Home | Lookup Corporations | Paper Forms | e-Filing User Guide | Help |
|------|--------------------|-------------|--------------------|------|

## Search Entities

**Select one of two types of searches; "Begins With," (or) "Contains"**

1. "Begins With" This type of search requires the exact beginning part or entire entity name to be entered. Non alpha-numeric characters are also required to be entered exactly as they appear in the Entity Name.
2. "Contains" This type of search requires you to know at least one of the words that is contained in the entity name. Non alpha-numeric characters are not required to be entered. Please enter only One word.

**Entity Name**

Dex Corporation

**or Enter Entity ID**

Search By Director

Search By Agent

**Search Type**

Begins With ▾

[ Search ]

Enter a New Mexico Entity Name (Corporation or LLC Name) or a valid Entity ID and click on Search. When both Entity ID and the Entity Name are entered Entity ID takes priority.

◉ All ○ Active

No Record(s) Found.

New Mexico Office of the Secretary of State, Verison 0.0.7.2

Entity Information

*NEW YORK*
*FOREIGN*
*ANNULMENT*
*6/26/02*

# NYS Department of State

# Division of Corporations

## Entity Information

The information contained in this database is current through March 4, 2014.

Selected Entity Name: ITEX CORPORATION
Selected Entity Status Information

**Current Entity Name:** ITEX CORPORATION
**DOS ID #:** 2251377
**Initial DOS Filing Date:** APRIL 21, 1998
**County:** WESTCHESTER
**Jurisdiction:** NEVADA
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** INACTIVE - Dissolution by Proclamation / Annulment of Authority (Jun 26, 2002)

Information to reinstate a corporation that has been dissolved by proclamation or annulment of authority by proclamation is available on the New York State Department of Taxation and Finance website at *www.tax.ny.gov keyword TR-194.1 or by telephone at (518) 485-6027*

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chief Executive Officer**

COLLINS M CHRISTENSEN
10300 SW GREENBERG RD
STE 370
TIGARD, OREGON, 97223-5410

**Principal Executive Office**

ITEX CORPORATION
10300 SW GREENBERG RD

North Carolina Secretary of State

*NORTH CAROLINA*
*NO RECORD*



*Elaine F. Marshall*
*Secretary*

North Carolina



PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

Account Login   Register

SearchType: Starting With          Search Criteria: Itex Corporation          3/5/2014 11:27:33 PM
*Click on the entity name below to view the business profile*

|    | Entity Name | Type | Status | Formed | Online Annual Reports |
|----|-------------|------|--------|--------|-----------------------|
| NC | I-tex, Inc. | BUS | Merged | 1/19/1970 | File Report |
| NC | Itex, Inc. | BUS | Current-Active | 12/30/1994 | File Report |
| NC | I.T. Express, L.L.C. | LLC | Current-Active | 1/29/2004 | File Report |

3 Records Returned. Search Again

This website is provided to the public as a part of the Secretary of State Knowledge Base (SOSKB) system. Version: 2476

No RECORD



North Dakota          nd.gov Official Portal for
                      North Dakota State Government



# SECRETARY OF STATE
## NORTH DAKOTA

---

Home | **Business Records Search**

---

## Business Records Search

This database reflects **current information** and includes records inactivated within the past twelve months

## Search Results

New Search

No Entities were found matching your selection criteria

New Search

**✱ Report Forms**
To generate a Report form to be filed with the Secretary of State, select the appropriate link for the report you intend to file under the Available Report Form to File column. This report does not contain details of a report previously filed with the Secretary of State. The report years reflected are an indication of the various report forms available in this site and is not an indication that an entity needs to file reports for all years. Missing years indicate that the forms for the missing years have not yet been deployed to the website, or have already been removed, and can be obtained by contacting the Secretary of State.

Please provide feedback by completing a short survey.

---

Contact Us                                    Disclaimer | Privacy Policy

---

🔒 We use Secure Sockets Layer (SSL) encryption technology to ensure your information is secure and protected.
🗗 Will open a new window (pop-up).
W3C WAI AA, CSS, XHTML Compliant | Copyright 2006. All Rights Reserved. The State of North Dakota.

3/26/2014

*NO RECORD*

nd.gov Official Portal for
North Dakota State Government

North Dakota 



# SECRETARY OF STATE
## NORTH DAKOTA

Home | **Business Records Search**

## Business Records Search

This database reflects **current information** and includes records inactivated within the past twelve months

### Enter Search Criteria

Enter Entity Name or System ID to search business records

| | | | |
|---|---|---|---|
| **Entity Name:** | Itex Corporation | **System ID:** | |
| **Search Criteria:** | with all of the words ▼ | Display 25 ▼ | results per page. |

*For Report Form to File, search for Entity Name and select the link to the report you wish to create.*

Additional options to search for Contractor Licensed records only

**Owner Name:**

**License Number:**

City:

**County:** [ ▼ ]

Search  Clear

Return to Secretary of State Home

**\* Report Forms**
To generate a Report form to be filed with the Secretary of State, select the appropriate link for the report you intend to file under the Available Report Form to File column. This report does not contain details of a report previously filed with the Secretary of State. The report years reflected are an indication of the various report forms available in this site and is not an indication that an entity needs to file reports for all years. Missing years indicate that the forms for the missing years have not yet been deployed to the website, or have already been removed, and can be obtained by contacting the Secretary of State.

Please use the Contact Us link below for Secretary of State contact information.

Please provide feedback by completing a short survey.

| | Disclaimer | Privacy Policy |
|---|---|---|
| Contact Us | | |

🔒 We use Secure Sockets Layer (SSL) encryption technology to ensure your information is secure and protected.
🗗 Will open a new window (pop-up).
W3C WAI AA, CSS, XHTML Compliant | Copyright 2006. All Rights Reserved. The State of North Dakota.

Business Search Results

OHIO

NO RECORD

Jon Husted & the Office | Elections & Voting | Campaign Finance | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

**Business Filing Portal**

your BUSINESS begins here

Corporate Search

## Business Search by Name

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2253948 | ITEX CLEVELAND CENTRAL INC | CORPORATION FOR PROFIT | 12/16/2013 | - | Active | NOVELTY | GEAUGA | - |
| 483085 | ITEX INDUSTRIES, INC. | CORPORATION FOR PROFIT | 06/21/1976 | - | Dead | COLUMBUS | FRANKLIN | OHIO |
| 492838 | ITEX, INC. | CORPORATION FOR PROFIT | 01/31/1977 | - | Dead | AKRON | SUMMIT | OHIO |

1 - 3

Download Business Search Results | Print

Total Number of filings found :3

OKLAHOMA
NO RECORD

Home : Business Services : Corporations : **Corp Search**

## Search Corporation Entities

The Business Entities Search Page provides you with a preliminary search for a business with a particular name.

To view detailed information for a business, click on the hyperlinked filing number.

**Business Entities Search All**

Enter Name and Click on the 'Search' Button

| Entity Name | |
|---|---|
| | ItecCorporation |

*Advanced Search>>*

[ Search ]

Total Results: 143

| Filing # | Name | Category | Registered Agent | Active Filing Status |
|---|---|---|---|---|
| 2300189264 | ITEK CORPORATION | Foreign For Profit Business Corporation | THE CORPORATION COMPANY OKC   OK | Legal Inactive |
| 3512166292 | ITECH CONCEPTS LLC | Domestic Limited Liability Company | Wosses Tefera Edmond  OK | Legal Expired |
| 2310113445 | IDECO, INC. | Foreign For Profit Business Corporation | A H MARKKER OKC   OK | Legal Inactive |
| 2300469265 | IDEKER, INC. | Foreign For Profit Business Corporation | SECRETARY OF STATE OKC   OK | Legal In Use |
| 2303045091 | ITECO LTD. | Foreign For Profit Business Corporation | STANLEY ED MARSKE BOISE CITY   OK | Legal Inactive |
| 1900505711 | ITEK, INC. | Domestic For Profit Business Corporation | DIANA L. ARAGON OKLA CITY   OK | Legal Inactive |
| 3512315895 | ITEC SALES LLC | Domestic Limited Liability Company | THOMAS CHEATHAM EDMOND  OK | Legal Inactive |
| 4812318263 | ITECH SOLUTIONS, LLC | LLC Name Reservation | | Legal Expired |
| 3503491109 | ITECH SOLUTIONS, LLC | Domestic Limited Liability Company | KIA DAVIDSON OKLAHOMA CITY  OK | Legal Expired |
| 3512125502 | ITECH TALENT | Domestic Limited Liability Company | SOBIA SHAHID OKLAHOMA CITY  OK | Tradename Active |

1 2 3 4 5 6 7 8 9 10 ... >>

Site Map    Visit Ok.gov                                                   Contact Us    Help

Privacy Policy    Accessibility    Disclaimer

Business Registry Business Name Search

OREGON CURRENT

OREGON SECRETARY OF STATE
▶ **Corporation Division**

HOME

business information center   business name search   oregon business guide

referral list   business registry/renewal   forms/fees   notary public

uniform commercial code   uniform commercial code search   documents & data services

## Business Name Search

# Business Entity Names returned for:
## Name: ITEX CORPORATION
## Using: Exact Words in Any Word Order
## For Active and Inactive businesses.

New Search   Printer Friendly

03-05-2014
20:14

| | Entity Type | Entity Status | | Name Status | | Assoc Search |
|---|---|---|---|---|---|---|
| 1 | ABN | ACT | 523426-99 | CUR | I T E X OREGON | |
| 2 | FBC | INA | 020685-26 | PRE | ITEX BARTER SYSTEMS, INC. | |
| 3 | FBC | INA | 044950-81 | PRE | ITEX BARTER SYSTEMS, INC. | |
| 4 | FBC | INA | 044950-81 | CUR | ITEX CORPORATION | |
| 5 | DBC | INA | 035002-87 | PRE | ITEX INSURANCE SERVICES, INC. | |
| 6 | FBC | INA | 020685-26 | PRE | ITEX TRADE DIMENSIONS, INC. | |
| 7 | DBC | INA | 123058-84 | CUR | ITEX-SHIPPING & CHARTERING, INC. | |
| 8 | DBC | INA | 098067-87 | CUR | ITEX-SHIPPING PTE. LTD. | |
| 9 | FBC | INA | 020685-26 | CUR | THE ITEX CORPORATION | |
| 10 | FBC | INA | 020685-26 | PRE | THE ITEX CORPORATION | |

About Us | Announcements | Laws & Rules | Feedback
Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@state.or.us



**pennsylvania**
DEPARTMENT OF STATE

pennsylvania PA

# Corporations

Online Services **|** Corporations **|** Forms **|** Contact Corporations **|** Business Services

**Date: 3/5/2014**

### Business Entity Filing History
(Select the link above to view the Business Entity's Filing History)

## Business Name History

| Name | Name Type |
|------|-----------|
| ITEX CORPORATION | Current Name |

## PA Close Corporation - Domestic - Information

**Entity Number:**  1064254

**Status:**  Active

**Entity Creation Date:**  12/19/1988

**Registered Office Address:**  60 PROGRESS AVE
ZELIENOPLE PA 16063-0
Butler

**Mailing Address:**  No Address

## Officers

**Name:**  **WALTER J GREB**

**Title:**  **President**

**Address:**  60 PROGRESS AVE
ZELIENOPLE PA 16063-10

**Name:**  **WALTER J GREB**

**Title:**  **Treasurer**

**Address:**  60 PROGRESS AVE
ZELIENOPLE PA 16063-10

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Privacy Policy | Security Policy

3/26/2014                 State of Rhode Island and Providence Plantations - Public Browse and Search   Rhode Island
                                                                                                        No Record



## State of Rhode Island and Providence Plantations
## Office of the Secretary of State

### Division Of Business Services
148 W. River Street
Providence RI 02904-2615
(401) 222-3040



---

### No Records Matched Your <u>Begins With Search</u> for Entity Name: <u>Itex Corporation</u>

New Search

© 2007 - 2014 State of Rhode Island and Providence Plantations
All Rights Reserved

SOS Pg 36 of 54

MO RECORD



## Corporate Search Results as of 3/25/2014 6:01:55 PM

**No Results Found.**

Corporation Name: Ilex Corporation
**Options:** Begins With

**Disclaimer:** The South Carolina Secretary of State's Business Filings database is provided as a convenience to our customers to research information on business entities filed with our office. Updates are uploaded every 48 hours. Users are advised that the Secretary of State, the State of South Carolina or any agency, officer or employee of the State of South Carolina does not guarantee the accuracy, reliability or timeliness of such information, as it is the responsibility of the business entity to inform the Secretary of State of any updated information. While every effort is made to insure the reliability of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from this database does so at his own risk.

3/26/2014                     South Dakota Secretary of State Jason Gant - Corporation Search

*South Dakota*
*No Record*



## SOUTH DAKOTA
# SECRETARY OF STATE
*Jason M. Gant*

Home | Contact Us

Elections     Business Services     Administrative Services     Office of the Secretary

## Search the Corporate Database

### Basic Search

Corporate Name:   Itex Corporation          [ Search Name ]

Identification Number:                       [ Search ID ]

### Advanced Search

◉ **Search by Entity Name** *(Name of: Company, LLP, LLC, etc.)*

Name:                          Type: [ <ALL>        ▼ ]        Standing: [ <ALL>        ▼ ]

☐ Use Soundex Search

City:                          ZIP: [        -        ]

Filing Date: [          ]

○ **Search by an Individual** *(Officer, Director, Registered Agent, etc.)*

First Name:              Middle Name:              Last Name:

Commercial Registered Agent:   [ <SELECT>                    ▼ ]

[ Search ]  [ Reset ]

| Corporate ID | Corporation Name | State | Type | Standing |
|---|---|---|---|---|

No records to display.

Elections & Voter Registration | Business Services | Administrative Services | Contact Us | Home | State Home Page

Business Entity Search - Business Services Online  *Tennesse* NO RECORD



Department Home | Contact Us | Search: [____] [Go]

Administrative Hearings | Business Services | Charitable Fundraising | Elections | Library & Archives | Publications

Business Services Online > Find and Update a Business Record

# Business Information Search

As of March 05, 2014 we have processed all corporate filings received in our office through March 04, 2014 and all annual reports received in our office through March 03, 2014.

Click on the underlined control number of the entity in the search results list to proceed to the detail page. From the detail page you can verify the entity displayed is correct (review addresses and business details) and select from the available entity actions – file an annual report, obtain a certificate of existence, file an amendment, etc.

Search Name: Itex Corporation          ◉ Starts With  ○ Contains

Control #: 

Active Entities Only: ☐                                                    [Search]

| Control # | Entity Type | Name | Name Type | Name Status | Entity Filing Date | Entity Status |
|---|---|---|---|---|---|---|
| 000163074 | CORP | ITEX CORPORATION OF TENNESSEE, INC. *TENNESSEE* | Entity | Inactive | 10/21/1985 | Inactive – Dissolved (Administrative) |

Information about individual business entities can be queried, viewed and printed using this search tool for free.
If you want to get an electronic file of all business entities in the database, the full database can be downloaded for a fee by Clicking Here.

Click Here for information on the Business Services Online Search logic.

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
Email | Directions | Hours and Holidays

Contact Us | Site Map | Web Policies | Disclaimer | Department of State | Tennessee.gov
© 2013 Tennessee Department of State

BUSINESS ORGANIZATIONS INQUIRY

*TEXAS*  
*FOREIGN INACTIVE*  
*DOMESTIC INACTIVE*

# TEXAS SECRETARY of STATE
# NANDITA BERRY

<u>UCC</u> | <u>Business Organizations</u> | <u>Trademarks</u> | <u>Notary</u> | <u>Account</u> | <u>Help/Fees</u> | <u>Briefcase</u> | <u>Logout</u>

### FIND ENTITY NAME SEARCH

This search was performed on with the following search parameter:
ENTITY NAME : Itex Corporation

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| O | 12004606 | ITEX CORPORATION | Foreign For-Profit Corporation | Forfeited existence | Legal | Inactive |
| O | 23062300 | ITEX CORPORATION | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| O | 55959800 | ITEX CORPORATION | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| O | 702654222 | ITEX LTD, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| O | 800727691 | Itex, Inc. | Foreign For-Profit Corporation | In existence | Legal | In use |
| O | 8489311 | ITEX INTERNATIONAL, L.P. | Foreign Limited Partnership | Cancelled | Legal | Prior |
| O | 45927300 | ITEX ENERGY CORPORATION | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| O | 76542600 | ITEX ENTERPRISES, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| O | 79119300 | ITEX ENGINEERING, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| O | 112305700 | ITEX SERVICES, INC. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |

Records 1 to 10 of 90 scroll    [ Next >> ]    OR   proceed to page        of 9 pages   [ GO ]

[ Return to Order ]    [ New Search ]

Instructions:
  ◎ To view additional information pertaining to a particular filing select the number associated with the name.
  ◎ To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# Utah Business Search - Details

*UTAH*

*EXPIRED*
*6/2/05*

## ITEX CORPORATION

**Entity Number:** 5582016-0142
**Company Type:** Corporation - Domestic - Profit
**Address:** Unknown, NA 00000
**State of Origin:**
**Registered Agent:** WILLIAM R SHUPE
**Registered Agent Address:**

154 E FORD AVE
Salt Lake City, UT 84115

## Status: Expired

**Status:** Expired ⬤ *as of 06/02/2005*
**Status Description:** Failure to File Renewal
**Employment Verification:** <u>Not</u> Registered with Verify Utah

## History

**Registration Date:** 02/09/2004
**Last Renewed:** N/A

## Additional Information

**NAICS Code:** 5419 **NAICS Title:** 5419-Other Professional, Scientific, and

## Refine your search by:

- Search by:
- Business Name
- Number
- Executive Name
- Search Hints

Name:

3/26/2014



Vermont Secretary of State

VERMONT NO RECORD



VERMONT SECRETARY OF STATE

| ARCHIVES | CORPORATIONS | ELECTIONS | OTHER PROGRAMS | PROFESSIONAL REGULATIONS | SECRETARY'S DESK |

## Corporation Browse Screen

Click ▭ to continue

| Corporation Records |
|---|
| ITG INC. |
| ITG PROPERTIES, INC. |
| Tradename Records |
| ITHERM TECHNOLOGIES |
| ITL |
| Limited Liability Companies |
| ITF HOLDINGS, LLC |
| ITG MANAGEMENT, LLC |
| Partnerships |
| JOHN P. KENISTON LIMITED PARTNERSHIP |
| KEBROWE LIMITED PARTNERSHIP, THE |
| J&J VENTURE INVESTMENTS |
| J.E.C. ASSOCIATES |
| I & L EQUESTRIAN ARTS LLP |
| J. AMY'S CLEANING SERVICES, LLP |
| ITHERM TECHNOLOGIES, LP |
| I & L UNLIMITED LP |
| Reservation Records |
| ITSY BITSY VT BABY QUILT |
| ITT DESTINATIONS, INC. |
| Registration Records |
| ITT CORPORATION |
| I&K KINSTON PROPERTIES, LLC |

click ▭ to continue

New Search

Information Contact

**Home | Site Search | Help**
Vermont State Page | Disclaimer

Virginia No Record



SCC eFile > Entity Search

Login | Create an Account


SCC eFile
FAST. SIMPLE. SECURE.

**SCC eFile**
**Business Entity Search**     Help

SCC eFile Home Page
Check Name
Distinguishability
Business Entity Search
Certificate Verification
FAQs
Contact Us
Give Us Feedback

This page will allow you to locate business entities and view their details. If you are logged in you will be able to complete SCC eFile actions for a selected business entity.

Enter Business Entity Name or SCC ID: 04312724 Itex Corporation

● Keyword  ○ Starts With  ○ Contains

Check name distinguishability

Your Search: Itex Corporation
Your Results: (click on a business entity to view details or take action)

Show 25 entries

| | SCC ID | Business Entity Name | Entity Type | Status |
|---|---|---|---|---|
| 1 | 06383459 | ITEX IN VIRGINIA, INC. | Corporation | Terminated |
| 2 | 04312724 | ITEX USA, INC. | Corporation | Purged |
| 3 | F1647124 | ALCO CORPORATION, INC., A GEORGIA CORPORATION (USED IN VA BY: ALCO CORPORATION, INC.) | Foreign Corporation | Withdrawn |
| 4 | 01878586 | BETA ALPHA HOUSE CORPORATION OF KAPPA DELTA SORORITY, A VIRGINIA CORPORATION | Corporation | Active |
| 5 | F1240078 | BRANDYWINE CORPORATION, A NEW JERSEY CORPORATION | Foreign Corporation | Withdrawn |
| 6 | F1429556 | CONTEMPORARY SERVICES CORPORATION OF CALIFORNIA USED IN VA BY: (CONTEMPORARY SERVICES CORPORATION) | Foreign Corporation | Active |
| 7 | F0257511 | CONTINENTAL CONTRACTING CORPORATION, INC. (VIRGINIA CONTINENTAL CONTRACTING CORPORATION, INC., FOR U | Foreign Corporation | Purged |
| 8 | 07681869 | DARIUSH THE GREAT CORPORATION, A NONPROFIT CORPORATION | Corporation | Active |
| 9 | 01679216 | DELTA CHI HOUSE CORPORATION OF KAPPA ALPHA THETA FRATERNITY, A CORPORATION | Corporation | Active |
| 10 | F1234709 | DIAMOND ENGINEERING CORPORATION (FOR US IN VA. BY: DIAMOND FIREPROOFING CORPORATION) | Foreign Corporation | Fictitious Name |
| 11 | F1222258 | ENTERPRISE MORTGAGE CORPORATION (FOR IS IN VA. BY:ENTERPRISE MORTGAGE CORPORATION OF VA.) | Foreign Corporation | Purged |
| 12 | F1802224 | EOS CORPORATION, A NORTH CAROLINA BASED CORPORATION (USED IN VA BY: EOS CORPORATION) | Foreign Corporation | Revoked |
| 13 | 02237493 | EPSILON PI HOUSE CORPORATION OF KAPPA DELTA SORORITY, A VIRGINIA CORPORATION | Corporation | Active |
| 14 | F1558925 | EVENTS ANALYSIS CORPORATION, A DELAWARE CORPORATION (USED IN VA BY: EVENTS ANALYSIS CORPO | Foreign Corporation | Withdrawn |
| 15 | F1937608 | FIRST RATE MORTGAGE CORPORATION, A KENTUCKY BASED CORPORATION (USED IN VA BY: FIRST RATE MORTGAGE CO | Foreign Corporation | Active |
| | | HESS CORPORATION, A DELAWARE | | |

WASHINGTON
ACTIVE

Español

Search

## Lookup business information          Back to search results

Home

File & pay taxes

**Doing business**

Business types

Register my business

My account

Audits

If "Non-revenue" appears after Tax Registration Number, the account is not registered with the Department of Revenue. However, it may be registered with other agencies in the state.

---

### Washington State Department of Revenue
### State Business Records Database Detail

| | | |
|---|---|---|
| **TAX REGISTRATION NO:** 601886010 | | **ACCOUNT OPENED:** 06/22/1998 12:00:00 AM |
| **UBI:** 601886010 | | **ACCOUNT CLOSED:** OPEN |
| **ENTITY NAME:** ITEX CORPORATION | | |
| **BUSINESS NAME:** | | |

**MAILING ADDRESS:**
3326 160TH AVE SE STE 100
BELLEVUE, WA 98008-6418

**BUSINESS LOCATION:**
35108 23RD PL S
FEDERAL WAY, WA 98003-0000

**ENTITY TYPE:** CORPORATION

**RESELLER PERMIT NO:** N/A
**PERMIT EFFECTIVE:** N/A
**PERMIT EXPIRES:** N/A

**NAICS CODE:** 812990
**NAICS DEFINITION:** ALL OTHER PERSONAL
SERVICES (PT)

### FOR NON-COMMERCIAL USE ONLY

03/05/2014 6:55 PM

---

If you are unable to find the reseller permit you are looking for, try searching by tax registration/UBI number.

We need your help.

3/26/2014

*West Virginia*
*No RECORD*

# West Virginia Secretary of State — Online Data Services

## Business and Licensing
Online Data Services Help

## Business & Licensing

## Business Organization Search
Back To Top

Matching records found: **0**. Please note that the results are broken into four results types: *Org Name*, *Doing Business As*, *Name Change* and *Name Registrations/Reservations*. You may use the following four links to see the results for each type.

### Organization Results

| Organization Name | Org Id | Org Type | Effective Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Termination Date | Termination Reason | Charter | Class |

### DBA Results

| Organization Name | Org Id | Org Type | Effective Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Termination Date | Termination Reason | Charter | Class |

### Name Change Results

| Organization Name | Org Id | Org Type | Effective Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Termination Date | Termination Reason | Charter | Class |

3/26/2014

Wisconsin.gov - License - License, Permit, Registration and Certification Services

*8/5/14*
*NO RECORD*



# License, Permit and Registration Services

## State W I S C O N S I N

Help | Site Map | Subject Directory | Agency Index | Feedback

Search

▪ **License Home**

· Government

Business

Health & Safety

· Visiting

## Search Page

Need to apply for a license, permit, registration, or certification in Wisconsin? Start here to find out how to apply for these types of services. Although all services are not currently available, the number of available services will increase over time, providing you with more convenient access to a greater variety of statewide services.

Please note: For the most up-to-date information regarding licensing, permitting and registration please contact individual agencies responsible for these services.

**Search by Category and/or Keyword here!**

### Select A Category

| Business ▼ |

**Search by Keyword**

| Itex Corporation |

**Select a Search Method :**

○ Search for an exact phrase
◉ Search for all words (AND)
○ Search for any word (OR)

[ Search ]

You can use the search feature alone or in combination with selecting a category.
To select a Category, click on the down arrow to make your selection, then click the Search button.

To use the Search feature, type in a keyword or phrase and select a search method then click the Search button.

**Select By Type**

| Bank and Savings Institutions ▼ |

[ Search ]

To select by Type, click on the down arrow to make your selection, then click the Search button.

Get a Listing of All State Licenses Currently in this System

Legal Notices | Privacy Notice | Acceptable Use Policy



# License, Permit
## and Registration Services

# State WISCONSIN

Help | Site Map | Subject Directory | Agency Index | Feedback

**Search**

- ◾ **License Home**
- ◾ Portal Home
- ◾ **Government**
- ◾ Business
- ◾ Education
- ◾ Health & Safety
- ◾ Licensing

## Search Results

### No licenses match your search criteria.

Try using a more general keyword or searching by an Agency.
**Return to search page**

We are continually adding licenses, permits, and credentials to our site.
If you can't find what you are looking for please check back with us in the future.
Thank you for your patience

---

Legal Notices | Privacy Notice | Acceptable Use Policy

*WYOMING MO RECORD*

Online Services

# Filing Search

This page allows you to search for any entity registered in the State of Wyoming by its registered Filing ID or Name. Please enter a valid Filing ID or Name and click the 'Search' button.

Once the Search Results are returned, simply select the Filing ID of the entity to obtain the Entity Detail information.

| SEARCH | NO RESULTS FOUND. |
|---|---|
| **Filing Name:** Itex Corporation    ◉ Starts With   ○ **Contains** | |
| **Filing ID:**    *Example: 2000-000123456* | |
| | NO RESULTS FOUND. |

*Filing ID refers to the identification number assigned to the business entity by the Secretary of State's Office. If you do not know your Filing ID, please search by the name of the business entity.*

*The statement that a company is in "good standing" simply notifies the public that all paperwork or fees required to form or maintain registration has been filed with the Secretary of State and is current. "Good Standing" in no way implies endorsement of the business nor does it reflect on the quality of the products or services provided by the business.*