JOHN BALL

85 KENMARE STREET · #35
NEW YORK, NEW YORK 10012 - 4518

MERGENTserv@msn.com

TELEPHONE
966-7576

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/14

**MEMO ENDORSED**

*Defendants shall respond to the motion.*

September 25, 2014

Hon. Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Letter Motion
Business Watchdog, et al. v. Itex Corporation, et al.
Docket No. 13 CV 6794 (CM)

Dear Hon. McMahon:

I am the plaintiff *pro se* in the above matter. Today, I was advised by a Clerk in the Pro Se Office that I may file a Letter Motion. Please accept this as a Letter Motion[1].

Plaintiffs respectfully request the court to:

1. **Accept Plaintiffs' RICO Case Statement as an addendum to plaintiffs' First Amended Complaint.**

    Defendant ITEX Corporation's (ITEX) pending Motion to Dismiss the complaint alerted plaintiffs of the requirement to file a Plaintiffs' RICO Case Statement (RICO Statement). On September 9, 2014 plaintiffs filed the RICO Statement.

    Without identifying a single allegation in the RICO Statement that is not contained in plaintiffs' First Amended Complaint (Amended Complaint), ITEX asserts, "The RICO Case Statement is not conceived to perform the function of an amended complaint, and so on this motion [this Court] can consider only the allegations of the complaint." In the interests of justice, the defendants in this action should not be permitted to escape answering for their widespread criminal acts.

    Plaintiffs respectfully ask the court to accept the RICO Statement as an Addendum to Plaintiffs' First Amended Complaint.

SEP 29 2014

---

[1] If a personal appearance is required for this Letter Motion, or by other court necessity, I respectfully ask that it be scheduled between November 14 and December 10, 2014.

JOHN BAL

**2.  Add eBuy-Sell.com, Inc. as a plaintiff.**

eBuy-Sell.com, Inc. (eBuy-Sell) made an assignment of this lawsuit to plaintiff John Bal. According to ITEX, this assignment may be permissible under New York case law but is prohibited by Second Circuit case law.

eBuy-Sell's common law and RICO claims are very much intertwined in the matters before this court. Plaintiffs respectfully request that eBuy-Sell be added as a plaintiff so that its claims may be adjudicated in this court. This would conserve the court's and plaintiffs' resources and energy by avoiding the necessity of instituting a separate action and the subsequent possibility of having the two actions joined.

Under penalty of perjury, I state this letter was served upon the attorneys for the defendants by First Class Mail.

Respectfully,

John Bal

JB/
c: Jeremy Goldman, Esq.
   Joseph Maira, Esq.