**MANDATE**

S.D.N.Y.-N.Y.C.
13-cv-6794
McMahon, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of Febaruay, two thousand fifteen.

Present:
    Ralph K. Winter,
    Rosemary S. Pooler,
    Robert D. Sack,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 20, 2015

_____

John Andries Bal, Jr.,

        *Plaintiff-Appellant*,

v.                                               14-4547

ITEX Corporation, et al.,

        *Defendants-Appellees*,

Law Office of Frankfurt Kurnit Klein & Selz PC, et al.,

        *Defendants*.

_____

Appellant, pro se, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

                                    FOR THE COURT:
                                    Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/20/2015